UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR06-106-RSM-JPD |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| NORMAN CHUA GONZALES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1:  Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1344.

    Count 2:  Theft of Mail by Postal Employee in violation of 18 U.S.C. § 1709.

<u>Date of Detention Hearing</u>:  April 4, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions other than detention will reasonably assure the appearance of defendant as required and the safety of the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant's criminal-background history reveals several offenses involving the use of controlled substances.

(2) Defendant's wife reported he admitted using methamphetamine, and believes he may be currently using methamphetamine.

(3) Defendant has continued a pattern of economic crimes that appear to be related to his substance abuse.

(4) Defendant is scheduled for sentencing for two separate offenses of forgery.

(5) Defendant has failed to appear on five occasions.

(6) There are no conditions or combination of conditions other than detention that will ensure the economic safety of the community or the appearance of the defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of April, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91