JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-106 RSM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | |
| NORMAN GONZALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

//

//

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL  - 1
(Norman Gonzales; CR06-106 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the trial date for Norman Gonzales, Jecer Belen and Rolando Hernandez is extended from June 5, 2006, to July 10, 2006, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(I), and 3161(h)(8)(B)(ii).

Pretrial motions shall be filed by June 8, 2006.

DONE this 16 day of May 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for Norman Gonzales
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
nancy_tenney@fd.org

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL  - 2
(Norman Gonzales; CR06-106 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100