1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR06-106RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER REGARDING |
| | ) | CONTINUANCE OF TRIAL |
| | ) | TO JANUARY 22, 2007 |
| | ) | |
| FELIPE MARAMBA, | ) | |
| ELEAZAR BASILIO, and | ) | |
| JERRY RACCA, | ) | |
| | ) | |
| Defendants. | ) | |

The Court's Order granting a continuance of trial in this matter (Dkt. No. 197) applies to all defendants in this matter who have not yet pleaded guilty.

IT IS HEREBY ORDERED that trial in this matter for all defendants pending trial is continued from November 20, 2006 to January 22, 2007.  Pretrial motions for all defendants who have not yet pleaded guilty are due on December 22, 2006.

//

//

Order to Continue Trial Date/
MARAMBA, et al/CR06-106RSM — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from November 20, 2006, up to and including January 22, 2007, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED this 13 day of November, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
MARAMBA, et al/CR06-106RSM — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970